**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      EWB-I, LLC v. PlazAmericas Mall Texas, LLC; Sharpstown Mall Texas, LLC; Burlington Coat Factory Realty of Bellaire, Inc.; Mai & Matthew, R.E.I., Inc.; CCW, LLC; Smith, FLP, Ltd.; and LG Sharpstown Bellaire, LLC

Appellate case number:    01-15-00527-CV

Trial court case number:  2010-71771

Trial court:              215th District Court of Harris County

Appellant EWB-I, LLC appeals the trial court's order dismissing its declaratory-judgement claims. In those claims, EWB raised the issues of changed conditions and waiver.

Each Appellee is hereby **ORDERED** to provide the Court with the following:

(1)     a statement whether the responding Appellee moved for judgment that EWB could not prevail as a matter of law on the basis of waiver; and

(2)     if the responding Appellee did, the citation to the record where the motion and corresponding order are located.

Appellees are ordered to provide this information no later tomorrow, **May 25, 2017 at 4:00 pm.**

It is so **ORDERED**.

Judge's signature: __Harvey Brown_____
                   ☑ Acting individually    ☐ Acting for the Court

Date:  _May 24, 2017_____